IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID PALMER | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 10-922 |
| v. | ) |
| | ) |
| SAMUEL NASSAN; | ) Judge Arthur J. Schwab |
| TERRENCE DONNELLY; | ) |
| and SHEILA LADNER | ) JURY TRIAL DEMANDED |
| | ) |
| | ) |
| Defendants | ) Electronically Filed |

## VERDICT SLIP

***FOURTH AMENDMENT- Deprivation of Fourth Amendment Right to be Free from Excessive Force***

### DEFENDANT NASSAN

1.  Do you find that Defendant Samuel Nassan used excessive force against Plaintiff David Palmer on July 6, 2008?

    Yes \_\_\_\_\_  No ✓\_\_\_\_\_

If you answered "No" to Question # 1, skip Question # 2 and go to Question # 3. If you answered "Yes" to Question # 1, proceed to Question # 2 to determine the amount of damages, if any, that you will award.

2.  Please state the amount that will fairly compensate Plaintiff for injury he actually sustained as a result of Defendant Nassan's conduct:

    Nominal (*i.e* $1.00): $_____

    Compensatory: $_____

    Punitive: $_____

1

## DEFENDANT DONNELLY

3. Do you find that Defendant Terrence Donnelly used excessive force against Plaintiff David Palmer on July 6, 2008?

Yes _____ No ✓

If you answered "No" to Question # 3, skip Question # 4 and go to Question # 5. If you answered "Yes" to Question # 3, proceed to Question # 4 to determine the amount of damages, if any, that you will award.

4. Please state the amount that will fairly compensate Plaintiff for injury he actually sustained as a result of Defendant Donnelly's conduct:

Nominal (*i.e* $1.00): $_____

Compensatory: $_____

Punitive: $_____

## DEFENDANT LADNER

5. Do you find that Defendant Sheila Ladner used excessive force against Plaintiff David Palmer on July 6, 2008?

Yes _____ No ___✓___

If you answered "No" to Question # 5, skip Question # 6 and go to the end of this form. Your deliberations are done. Sign and date the form and return to the bailiff. If you answered "Yes" to Question # 5, proceed to Question # 6 to determine the amount of damages, if any, that you will award.

6. Please state the amount that will fairly compensate Plaintiff for injury he actually sustained as a result of the Defendant Ladner's conduct:

Nominal (*i.e* $1.00): $_____

Compensatory: $_____

Punitive: $_____

**After you complete this Verdict Slip, each of you must sign and date below and contact the bailiff.**

DATE: _02-24-11_        _Dana R Bukant_____
                                            FOREPERSON

_Mary Kuehling_                _Edward J. Pishe_
_Karen Tatta_                   _John Waitin_
_Darcie Williams_               _____
_Brian Kee_                     _____
_Raymond _____             _____

3