IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID PALMER | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 10-922 |
| v. | ) | |
| | ) | |
| SAMUEL NASSAN; | ) | Judge Arthur J. Schwab |
| TERRENCE DONNELLY; | ) | |
| and SHEILA LADNER | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendants | ) | Electronically Filed |

## VERDICT SLIP

*FOURTH AMENDMENT- Deprivation of Fourth Amendment Right to be Free from Excessive Force*

### DEFENDANT NASSAN

1.  Do you find that Defendant Samuel Nassan used excessive force against Plaintiff David Palmer on July 6, 2008?

    Yes _____   No ✓

    If you answered "No" to Question # 1, skip Question # 2 and go to Question # 3. If you answered "Yes" to Question # 1, proceed to Question # 2 to determine the amount of damages, if any, that you will award.

2.  Please state the amount that will fairly compensate Plaintiff for injury he actually sustained as a result of Defendant Nassan's conduct:

    Nominal (*i.e* $1.00): $_____

    Compensatory: $_____

    Punitive: $_____

1

## DEFENDANT DONNELLY

3.  Do you find that Defendant Terrence Donnelly used excessive force against Plaintiff David Palmer on July 6, 2008?

Yes _____  No ✓

If you answered "No" to Question # 3, skip Question # 4 and go to Question # 5. If you answered "Yes" to Question # 3, proceed to Question # 4 to determine the amount of damages, if any, that you will award.

4.  Please state the amount that will fairly compensate Plaintiff for injury he actually sustained as a result of Defendant Donnelly's conduct:

   Nominal (*i.e* $1.00): $_____

   Compensatory: $_____

   Punitive: $_____

## DEFENDANT LADNER

5.  Do you find that Defendant Sheila Ladner used excessive force against Plaintiff David Palmer on July 6, 2008?

                Yes _____  No ✓

If you answered "No" to Question # 5, skip Question # 6 and go to the end of this form. Your deliberations are done. Sign and date the form and return to the bailiff. If you answered "Yes" to Question # 5, proceed to Question # 6 to determine the amount of damages, if any, that you will award.

6.  Please state the amount that will fairly compensate Plaintiff for injury he actually sustained as a result of the Defendant Ladner's conduct:

        Nominal (*i.e* $1.00): $_____

        Compensatory: $_____

        Punitive: $_____

**After you complete this Verdict Slip, each of you must sign and date below and contact the bailiff.**

DATE: 02-24-11         _____
                                      FOREPERSON

[Signatures of jurors]